03cv369 no ext disc

FILED

2003 NOV 14 A 10: 50

US DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | Civil Action No. 303CV369 (DJS) |
| Plaintiff, | : | |
| vs. | : | |
| UST INC. and MARK ULIASZ, | : | |
| Defendants. | : | November 13, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY SCHEDULE

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rules of Civil Procedure Rule 9(b)3, counsel for the Plaintiff and the Defendants in this matter hereby respectfully and jointly move to extend the time period for completion of discovery by sixty (60) days, or until February 2, 2004, and to correspondingly extend the deadline for filing any dispositive motions to March 3, 2004. In support of good cause for the granting of this motion, counsel submit the following:

1. While a significant amount of discovery has already been completed in this matter, the additional time is needed to take the deposition of several additional witnesses.

2. Scott R. Lucas, Esq. and Mary Canaday, Esq., counsel for plaintiff, were just notified that they will be commencing a jury trial in Stamford Superior Court on December 2, 2003 and that trial is likely to span 2 to 3 weeks.

3. The additional time requested herein is also necessary to accommodate the travel schedules of the witnesses as well as the upcoming holidays.

4. This is the first extension of time requested as to these time limitations.

ST:27092v1

WHEREFORE, counsel for the Plaintiff and the Defendants jointly request that this Court extend the deadlines as set forth herein.

Respectfully submitted,

_____
Scott R. Lucas, Esq.
Martin Lucas & Chioffi LLP
177 Broad Street
Stamford, CT  06901
Federal Bar No. ct00517
**Counsel for Plaintiff**

_____
Mary A. Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901
Federal Bar No. ct05386
**Counsel for Defendants**

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Joint Motion for Extension of Time for Discovery Schedule* was sent via first class mail, postage prepaid, this 13th day of November, 2003 to counsel of record for the plaintiff as follows:

>Scott R. Lucas, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT 06901

_____
Steven J. Younes