**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **LYNN B. KANIOS**<br>     Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv369(DJS) |
| **UST INC., ET AL**<br>     Defendants | : |

**ORDER**

The Joint Motion For Extension of Time for Discovery Schedule (Doc. #18) is hereby **GRANTED**. All discovery shall be completed by **February 2, 2004.** Dispositive motions shall be filed by **March 3, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **March 22, 2004**. This case shall be trial ready **April, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   26th   day of November, 2003.


                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge