FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

JAN 13  A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **LYNN B. KANIOS** | : | **Civil Action No. 303CV369 (DJS)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **UST INC. and MARK ULIASZ,** | : | |
| | : | |
| **Defendants.** | : | **January 12, 2004** |

<u>**MOTION FOR EXTENSION OF TIME FOR DISCOVERY SCHEDULE**</u>

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rules of Civil Procedure Rule 9(b)3, counsel for the Defendants in this matter hereby respectfully move to extend the time period for completion of discovery by thirty (30) days, or until March 3, 2004, and to correspondingly extend the deadline for filing any dispositive motions to April 5, 2004.  In support of good cause for the granting of this motion, counsel submits the following:

1.     While a significant amount of discovery has already been completed in this matter, the additional time is needed to take the deposition of several additional witnesses, including the continued deposition of the Plaintiff and, potentially, those of medical providers from whom Plaintiff sought treatment.

2.     Defendants have, through duly served discovery requests, sought production of Plaintiff's medical records and/or execution of authorizations to obtain such records.  To date, while some records have been produced by Plaintiff, some remain outstanding.

3.     The additional time will allow Defendants an opportunity to obtain such records which are critical to Plaintiff's claims for damages.  Moreover, the additional time will enable

ST:27536v1

Defendants an opportunity to complete any depositions necessary which may be occasioned by the production of the medical records in question.

4.    Scott R. Lucas, Esq., counsel for Plaintiff, consents to the granting of this request.

5.    This is the second extension of time requested as to these time limitations.

**WHEREFORE**, counsel for the Defendants request that this Court extend the deadlines as set forth herein.

**EPSTEIN BECKER & GREEN, P.C.**
**Attorneys for Defendants**

**Mary A. Gambardella, Esq.**
**Federal Bar No. ct05386**
**Epstein Becker & Green, P.C.**
**One Landmark Square, Suite 1800**
**Stamford, CT 06901**
**(203) 348-3737**

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Motion for Extension of Time*

*for Discovery Schedule* was sent via first class mail, postage prepaid, this 12th day of January, 2004

to counsel of record for the plaintiff as follows:

>Scott R. Lucas, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, CT  06901

Steven J. Younes