**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**LYNN B. KANIOS**                    :
    **Plaintiff**

    **v.**                          :  **CIVIL NO.: 3:03cv369(DJS)**

**UST INC., ET AL**                   :
    **Defendants**

<u>**ORDER**</u>

The Motion for Extension of Time for Discovery Schedule (Doc. #20) is hereby

**GRANTED**.   All discovery, including expert depositions and expert reports shall be

completed by **March 3, 2004**.  Dispositive motions shall be filed by **April 5, 2004** and if no

dispositive motion is filed, the parties shall file their joint trial memorandum by **April 26,**

**2004**.  This case shall be trial ready **May, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __14th___ day of  January, 2004.


                   /s/DJS_____
                  Dominic J. Squatrito
                  United States District Judge