# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Lynn B. Kanios,

    Plaintiff,

V.

UST, Inc. and Mark Uliasz,

    Defendants.

**APPEARANCE**

CASE NUMBER: 303 CV 369 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: plaintiff Lynn B. Kanios

January 14, 2004
**Date**

ct24628
**Connecticut Federal Bar Number**

(203) 973-5200
**Telephone Number**

(203) 973-5250
**Fax Number**

mbayonne@mlc-law.com
**E-mail address**

_[signature]_
**Signature**

Michel Bayonne
**Print Clearly or Type Name**

Martin, Lucas & Chioffi, LLP
177 Broad Street
**Address**

Stamford, CT 06901

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, CT 06901-2681

_[signature]_
**Signature**
Michel Bayonne

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001