## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | |
| | : | **CIVIL ACTION NO.:** |
| Plaintiff, | : | 303 CV 369 (DJS) |
| | : | |
| V. | : | |
| | : | |
| UST, INC. and MARK ULIASZ | : | |
| | : | **JANUARY 14, 2004** |
| Defendants. | : | |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff hereby moves to amend her Complaint filed March 3, 2003 pursuant to Federal Rule of Civil Procedure 15. As a responsive pleading has been filed in this case, plaintiff seeks leave from the Court to file the Amended Complaint attached hereto as Exhibit A.

The Amended Complaint seeks to add one additional basis of liability asserting a violation of the Family Medical Leave Act (FMLA), 29 U.S.C. § 2601, *et seq.* As set forth in detail in the accompanying memorandum, there has been no undue delay in making the present Motion, and there will be no prejudice or surprise should leave be granted. Moreover, the claim plaintiff seeks to add arises out of the conduct, transactions and occurrences set forth in the original Complaint.

Accordingly, plaintiff hereby requests that her Motion to amend the Complaint be granted in its entirety.

By _____

Scott R. Lucas (CT00517)
Michel Bayonne (CT24628)
*Attorneys for Lynn B. Kanios*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 14th day of January 2004, the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737

Scott R. Lucas

- 3 -