# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

ONE LANDMARK SQUARE
SUITE 1800
STAMFORD, CT 06901-2681
203.348.3737
FAX: 203.324.9291
EBGLAW.COM

STEVEN J. YOUNES
TEL: 203 326.7424
FAX: 203.324.9291
SYOUNES@EBGLAW.COM

January 20, 2004

**VIA FACSIMILE AND REGULAR MAIL**

Scott Lucas, Esq.
Martin Lucas & Chioffi LLP
177 Broad Street
Stamford, CT 06901

Re:  **Lynn B. Kanios v. UST, Inc. and Mark Uliasz**

Dear Scott:

We received your Motion to Amend Complaint on January 15, 2004. We will be filing an Objection and requesting costs/fees in response thereto. However, in light of your Motion, we will also be filing a Motion for Protective Order seeking to, among other things, preclude any further discovery, including the scheduled depositions of various UST employees, until such time as the Court renders a ruling on the proposed amendment.

UST should not be required to continue with discovery, thereby incurring the cost of preparing and presenting witnesses on a potential new claim, unless the Court rules in your favor. Obviously, any amendment to the complaint will not only affect the extent and nature of preparation and cross examination of witnesses, but any further strategic decisions to be made in this matter. Accordingly, unless the proposed amendment is withdrawn, the depositions scheduled must go off until the Court rules on your request.

Sincerely,

Steven J. Younes

SJY:kb