# MARTIN, LUCAS & CHIOFFI, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street
Stamford, Connecticut 06901

January 20, 2004

Telephone: 203 973.5200
Facsimile: 203 973.5250

www.mlc-law.com

*VIA FACSIMILE [(203)324-9291]*
*And FIRST CLASS MAIL*

Steven J. Younes, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601

Re:   *Kanios v. UST Inc. and Mark Uliasz*

Dear Steve:

    I have received your fax bearing today's date seeking to preclude plaintiff from taking any additional depositions and, more specifically, canceling those that have been scheduled for some time. This obstructionist response to a proposed amendment that adds no new factual allegations is specious. There is no authority for placing an action on hold pending a ruling on a motion to amend. Frankly I am quite surprised at your position. I strongly suggest you reconsider or we will have no choice but to seek your compliance through a court order.

Sincerely yours,

Scott R. Lucas

SRL:bkf
cc:   Ms. Lynn Kanios