1

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF CONNECTICUT

3     * * * * * * * * * * * * * *

4     LYNN KANIOS,              *        COPY

5          Plaintiff,          *

6        vs.                   *   Civil Action
                                   No. 303 CV 369 (DJS)
7     UST, INC., and MARK ULIASZ, *

8          Defendants.          *

9     * * * * * * * * * * * * * *

10                              Stamford, CT

11                              January 7, 2004

12                              10:11 a.m.

13

14          DEPOSITION OF NELLA VIESTA

15

16    APPEARANCES:

17       FOR THE PLAINTIFF:

18              MARTIN, LUCAS & CHIOFFI
                BY:  SCOTT LUCAS, ESQ.
19                   MICHAEL BAYONNE, ESQ.
                     177 Broad Street
20                   Stamford, CT 06901

21       FOR THE DEFENDANTS:

22              EPSTEIN BECKER & GREEN, P.C.
                BY:  MARY A. GAMBARDELLA, ESQ.
23                   STEVEN J. YOUNES, ESQ.
                     One Landmark Square, Suite 1800
24                   Stamford, CT 06901-2681

25

                   Campano & Associates
                Court Reporting Services

1

2

3

4

5

6

7

8

9

10

11

12          Q       Ms. Viesta, before the break we were about to

13   start page D0679 of Exhibit P, the note dated March 20,

14   '01.  Do you see that?

15          A       Yes, I do.

16          Q       What caused you to write this note?

17          A       A telephone conversation I had with Lynn.

18          Q       So Lynn called you?

19          A       Yes, she did.

20          Q       What did she say?

21          A       Lynn -- reading from the notes, "Lynn Kanios

22   called NRV, will be out on a two-week medical leave.  She

23   stated she doesn't know if she can return to her

24   department.  We talked about other options, posting and

25   applying.  Lynn stated she was going back to the doctor

1    on Friday.   I informed Mark and Tim of Lynn's absence."

2         Q       Before we get to the next day, did you

3    consider that leave under the Family Medical Leave Act?

4         A       Yes, I did.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13      Q      What happened the next day that caused you to

14   write the note that appears at the bottom of page D0667

15   of Exhibit P?

16      A      Wednesday 2:50, I called Lynn at home.  I

17   stated the purpose of the phone call was to inform her

18   about her FMLA leave and that Fran, the person in charge,

19   was out sick today and to notify her that she has three

20   and a half weeks left of FMLA.  I asked Lynn about

21   whether -- when I asked her about whether Lynn will come

22   back, she said she hadn't thought about it and doesn't

23   know.  I told her position opening, secretary, but not

24   approved yet, with someone resigning.  I told her I would

25   call her on Friday, and then attorney letter arrives late

```
 1    afternoon.

 2         Q    Now, you just read, did you not, the entry for

 3    3/21/01?

 4         A    Yes, I did.

 5         Q    You asked her whether she would come back or

 6    when she would come back?

 7         A    "When asked about whether Lynn will come

 8    back."

 9         Q    I know that's what your note says.  What you

10    recall is asking her, "Are you coming back at all?"

11         A    When she's coming back.

12         Q    When, not whether?

13         A    That's right.  Because the purpose of the call

14    was FMLA related.

15         Q    And she said she hadn't thought about it, she

16    didn't know when she could come back?

17         A    Correct.

18

19

20

21

22

23

24

25
```

```
1                          C E R T I F I C A T E

2

3        STATE OF CONNECTICUT

4        JUDICIAL DISTRICT OF ANSONIA/MILFORD

5

6                 I, LYNNE STEIN, Notary Public within and for
         the State of Connecticut, duly commissioned and
7        qualified, do hereby certify that pursuant to Notice,
         NELLA VIESTA, the deponent herein, was by me first duly
8        sworn to testify the truth, the whole truth and nothing
         but the truth of her knowledge touching and concerning
9        the matters in controversy in this case; that she was
         thereupon carefully examined upon her oath and her
10       testimony reduced to writing by me; and that the
         deposition is a true record, to the best of my ability,
11       of the testimony given by the witness.

12                I further certify that I am neither attorney
         or counsel for, nor related to or employed by, any of the
13       parties to the action in which this deposition is taken,
         and further that I am not a relative or employee of any
14       attorney or counsel employed by the parties thereto, or
         financially interested in the action.

15

16                IN WITNESS WHEREOF, I have hereunto set my
         hand this 20th day of January, 2004, at Milford,
         Connecticut.
17

18

19

20

21       My Commission Expires:        LYNNE STEIN, Lic. No. 00110
         January 31, 2009               Notary Public
22                                       State of Connecticut

23

24

25
```