1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF CONNECTICUT
 3
 4   * * * * * * * * * * * *
     LYNN B. KANIOS,              *       COPY
 5
              Plaintiff           *
 6
        VS.                       *    3:03CV369 (DJS)
 7
     UST, INC. and                *
 8   MARK ULIASZ,
                                  *
 9           Defendants
     * * * * * * * * * * * *
10
                                       Stamford, CT
11
                                       December 18, 2003
12
                                       10:05 A.M.
13
14                      - - -
             DEPOSITION OF ROBERT G. RENTZ
15                      - - -
16
     APPEARANCES:
17
        FOR THE PLAINTIFF:
18
             MARTIN, LUCAS & CHIOFFI, LLP
19           BY:  SCOTT R. LUCAS, ESQ.
                  MICHEL BAYONNE, ESQ.
20                177 Broad Street
                  Stamford, CT  06901
21
        FOR THE DEPONENT AND DEFENDANTS:
22
             EPSTEIN BECKER & GREEN
23           BY:  MARY A. GAMBARDELLA, ESQ.
                  STEVEN J. YOUNES, ESQ.
24                One Landmark Square
                  Stamford, CT  06901
25
        ALSO PRESENT: MICHAEL I. POLLARD, ESQ.
```

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

1
2
3
4      Q.   Are you scheduled to receive money from
5  UST in the future?
6           MS. GAMBARDELLA: You can answer
7  that yes or no.
8      A.   Yes.
9      Q.   As part of your settlement, are you
10 required to cooperate with UST in the defense of
11 litigation against it?
12          MS. GAMBARDELLA: I instruct the
13 witness not to answer that.
14
15
16
17
18
19
20
21
22
23
24
25

1       Q.      The subpoena went to Mr. Horner,
2  correct?
3       A.      Correct.
4       Q.      And Mr. Horner was representing you,
5  correct?
6       A.      Personally.
7       Q.      It was a personal subpoena, correct?
8       A.      Yes.
9       Q.      It is not a subpoena to UST, it is a
10 subpoena to you?
11      A.      Yes.
12      Q.      Why did you feel compelled to call UST?
13      A.      Because it was about a situation that
14 occurred when I worked for UST.
15      Q.      Did you ask that UST provide
16 representation?
17      A.      I asked them for guidance.
18      Q.      Did they suggest that they provide
19 counsel for you?
20              MS. GAMBARDELLA:  This now goes
21 into any communication with this gentleman. This
22 gentleman is being represented as a former
23 executive of UST. He's being inconvenienced to
24 talk about a matter that arose while he was an
25 executive at UST. Company's represent former

1　executives all the time, Mr. Lucas. All the
2　time. Every day. He's already answered it was
3　not part of the settlement that it was required
4　that I represent him.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE

STATE OF CONNECTICUT

JUDICIAL DISTRICT OF WATERBURY

I, TERRI FIDANZA, Notary Public within and for the State of Connecticut, duly Commissioned and qualified, do hereby certify that pursuant to Notice, ROBERT. G. RENTZ, the deponent herein, was by me first duly sworn to tell the truth, the whole truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this case; that he was thereupon carefully examined upon his oath and his testimony reduced to writing by me; and that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of Jan, 2004 at Prospect, Connecticut.

Terri Fidanza, LSR
Notary Public
State of Connecticut

My Commission Expires:
October 31, 2008