UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -3 A 10: 02
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LYNN B. KANIOS, | : |
| Plaintiff, | : |
| v. | : No. 3:02CV2239(DJS) |
| UST INC. and MARK ULIASZ, | : |
| Defendants. | : |

### ORDER

Plaintiff has filed a motion to amend her complaint (dkt. # 23) to assert a claim under the Family Medical Leave Act. Defendants object to this motion, and claim that plaintiff has unduly delayed seeking permission to amend the complaint, and that they have been prejudiced thereby. Defendants seek attorney's fees and costs to remedy the alleged prejudice. Because plaintiff has met the liberal standard set forth in Rule 15(a) of the Federal Rules of Civil Procedure, her motion to amend the complaint (dkt. # 23) is **GRANTED**. Defendants' request for sanctions is **DENIED** because defendants have not demonstrated that plaintiff acted in bad faith in seeking to amend her complaint at this time.

Defendants' motion to modify the scheduling deadlines (dkt. # 25) is **GRANTED in part.** Specifically, the following case deadlines shall be modified as follows:

1. Discovery shall be completed on or before April 5, 2004.

2.    Any dispositive motions shall be filed on or before **May 5, 2003**.

3.    A joint trial memorandum shall be filed on or before **June 5, 2004**, or within thirty days from the court's decision on any dispositive motion.

4. This case shall be trial-ready in **July of 2004**.

In all other respects, defendants' motion (dkt. # 25) is **DENIED**.

So ordered this 2nd day of February, 2004

/s/ DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE