UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS, | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 303 CV 369 (DJS) |
| | : | |
| V. | : | |
| | : | |
| UST, INC. and MARK ULIASZ, | : | |
| | : | MARCH 22, 2004 |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF
DISCOVERY DEADLINE VIS A VIS PLAINTIFF'S SECOND REQUEST
FOR PRODUCTION AND SECOND SET OF INTERROGATORIES**

Plaintiff hereby requests an extension of the current discovery deadline of April 5, 2004 to and including April 15, 2004 for the sole purpose of allowing defendants to respond to plaintiff's Second Request for Production of Documents and Second Set of Interrogatories (attached hereto as A and B respectively) which were served on defendants on March 16, 2004 and are directed toward defendants' newly-asserted defenses to plaintiff's Amended Complaint. Specifically, these interrogatories and document requests target defendants' affirmative defenses to the Eighth Count of plaintiff's Amended Complaint asserting breach of the Family Medical Leave Act.

As indicated by the correspondence attached hereto as Exhibit C from opposing counsel, Mary A. Gambardella, defendants have taken the position that they need not respond to these interrogatories and document requests under the current scheduling order. Specifically, defendants have articulated that the interrogatories and document requests were not propounded on a date sufficient to allow their response within the discovery deadline (i.e., the response deadline falls outside the discovery deadline by 10 days).

The purpose of this Motion is to seek extension of the discovery deadline in order to allay defendants' concerns regarding same and to require responses to said discovery. As indicated by the attached letter (Exhibit C), opposing counsel objects to this Motion, evidently asserting once again that plaintiff has been guilty of untoward delay, despite the fact this is but a 10-day discrepancy and plaintiff has proceeded with discovery as expeditiously as possible after defendants unilaterally barred same as indicated in the recently-decided motion for protective order and opposition thereto.

This is the first motion to extend the discovery deadlines requested solely by plaintiff.

**WHEREFORE**, plaintiff respectfully requests that this Motion be granted.

By /s/
Scott R. Lucas (CT00517)
Michel Bayonne (CT24628)
*Attorneys for Lynn B. Kanios*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 22nd day of March 2004, the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737

_____
Scott R. Lucas