# EXHIBIT C

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

ONE LANDMARK SQUARE
SUITE 1800
STAMFORD, CT 06901-2681
203.348.3737
FAX: 203.324.9291
EBGLAW.COM

MARY A. GAMBARDELLA, ESQ.
TEL: 203 326.7426
FAX: 203.324.9291
MGAMBARD@EBGLAW.COM

March 19, 2004

**VIA FACSIMILE AND REGULAR MAIL**

Scott Lucas, Esq.
Martin Lucas & Chioffi LLP
177 Broad Street
Stamford, CT 06901

    Re:   **Lynn B. Kanios v. UST, Inc. and Mark Uliasz**
           **Discovery Requests dated March 16/Received March 19**

Dear Scott:

    Enclosed with the hard copy of this letter we are returning the Plaintiff's Second Request for Production of Documents, as well as Plaintiff's Second Set of Interrogatories. The Federal Rules require that all written discovery requests be served **so that the deadline for responding to such requests falls within the discovery deadline.**

    The deadline for completion of discovery was extended to April 5 when the Court permitted the Amended Complaint. Obviously, then, these discovery requests have not been timely served. Given the fact the Court set this new deadline some time ago, if Plaintiff moves for another extension of that discovery deadline, the Defendants will take the position that Plaintiff could have served these requests in a more timely manner. Indeed, Defendants' Answer to the Amended Complaint was served February 17, and these requests could have followed immediately thereafter.

                                         Sincerely,

                                         Mary A. Gambardella

MAG:gmd
Enclosures

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

ST:28187v1      EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY