FILED

2004 MAR 26  A 10: 56

DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS, | : | Civil Action No. 3:03CV369 (DJS) |
| Plaintiff, | : | |
| vs. | : | |
| UST, INC. and MARK ULIASZ, | : | |
| Defendants. | : | MARCH 25, 2004 |

## OBJECTION TO PLAINTIFF'S MOTION
## FOR AN ADDITIONAL EXTENSION OF THE DISCOVERY DEADLINE

The Defendants, UST, Inc. and Mark Uliasz (collectively "Defendants") hereby respectfully object to the Plaintiff's Motion to again Extend the Discovery Deadline, albeit "solely" for the purpose of compelling Defendants to respond to written discovery requests untimely served.

In the Motion, Plaintiff represents that "Defendants have taken the position" the requests, served on March 16, 2004, were untimely served. Defendants did not "take a position"; the Scheduling Order in place provides that discovery must be <u>completed by April 5.</u>  Discovery requests served March 16 clearly cannot ensure completion of discovery by April 5, given the entitlement to take up to 30 days to respond thereto pursuant to Rule 34.

In this case, Plaintiff has cited no reason for her failure to serve these requests in a timely manner. The affirmative defense which is the subject of the requests was served on her counsel on February 17, 2004, approximately one month ago.

Defendants have been subjected to several lengthy extensions of discovery in this case for a variety of reasons, most of which were necessitated by Plaintiff's needs, but consented to by Defendants. The Plaintiff served a late request to amend the complaint, triggering yet another extension by the Court to ensure fairness to Defendants in discovery as to that late amendment. If Defendants are forced to respond to untimely requests now, what additional discovery will Plaintiff then request? Simply stated, discovery has to end sometime in this case, and Plaintiff should not be permitted to have "never-ending" discovery. At some point, the Federal Rules should mean something.

**WHEREFORE**, for the foregoing reasons, the Defendants respectfully request that this Court deny the Plaintiff's Motion for an additional Extension of Discovery.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants

By: _____
Mary A. Gambardella
Federal Bar No. ct05386
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

– and –

Steven J. Younes, Esq.
Federal Bar No. ct12408
One Landmark Square, Suite 1800
Stamford, CT 06901-2681
(203) 348-3737

ST:28246v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Objection was sent via facsimile and first class mail, postage prepaid, this 25th day of March, 2004 to counsel of record as follows:

> Scott R. Lucas, Esq.
> Martin, Lucas & Chioffi, LLP
> 177 Broad Street
> Stamford, CT 06901

_____
Mary A. Gambardella