**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **LYNN B. KANIOS**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv369(DJS) |
| **UST INC., ET AL**<br>    **Defendants** | : |

**ORDER**

Plaintiff's Motion for Extension of Discovery Deadline Vis A Vis Plaintiff's Second Request For Production and Second Set of Interrogatories (Doc. #34) is hereby **GRANTED to and including April 15, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   29th    day of  March, 2004.


                                   /s/DJS
                                   Dominic J. Squatrito
                                   United States District Judge