IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN B. KANIOS | : Civil Action No. 303CV369 (DJS) |
| Plaintiff, | : |
| vs. | : |
| UST INC. and MARK ULIASZ, | : |
| Defendants. | : April 27, 2004 |

FILED
2004 APR 28  A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

**PLEASE TAKE NOTICE** that the Defendants, UST Inc. and Mark Uliasz, hereby respectfully request that this Court grant them an extension of time of two weeks, or through and including May 19, 2004, by which to file their Motion for Summary Judgment.

The primary reason for this request is that Plaintiff just obtained an extension of time through April 15, 2004, so that Defendants would be compelled to respond to Interrogatories and Requests for Production served in mid-March. The prior deadline for filing of a dispositive motion was May 5th, or thirty (30) days after the prior deadline for the close of discovery—April 5th. As the discovery deadline was just moved to April 15th, Defendants respectfully request a similar extension with respect to the deadline for filing of a Motion for Summary Judgment.

Second, the undersigned counsel needs this additional time to adequately include in Defendants' Motion for Summary Judgment any potential new arguments which they should raise, or which it is anticipated Plaintiff could raise, in connection with the most recent discovery responses and production.

Plaintiff's counsel has no objection to the granting of this Motion.

ST:28488v1

This is the third request for an extension of time in this case, but the first with respect to addressing only this particular time limitation so as to match the extended discovery deadline.

**WHEREFORE**, the Defendants, UST Inc. and Mark Uliasz, respectfully request that this Court grant them an extension of time through and including May 19, 2004, within which to file their Motion for Summary Judgment.

> **EPSTEIN BECKER & GREEN, P.C.**
> Attorneys for Defendants
>
> By: _____
> Steven J. Younes, Esq.
> Federal Bar No. ct12408
> One Landmark Square, Suite 1800
> Stamford, CT 06901-2601
> (203) 348-3737

## CERTIFICATION

The undersigned hereby certifies that a copy of Defendants' Motion for Extension of Time to File Motion for Summary Judgment was mailed, postage prepaid, this 27th day of April 2004 to:

Scott R. Lucas, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901

_____
Steven J. Younes