UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LYNN B. KANIOS**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv369(DJS) |
| **UST INC., ET AL**<br>    Defendants | : |

**ORDER**

Defendants' Motion for Extension of Time to File Dispositive Motion (Doc. #37) to file a Motion for Summary Judgment is hereby **GRANTED to and including May 19, 2004**. All other scheduled dates shall not be modified by this Order.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   3rd    day of  May, 2004.

　　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　United States District Judge