IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LYNN B. KANIOS** | : | Civil Action No. 303CV369 (DJS) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **UST INC. and MARK ULIASZ,** | : | |
| | : | |
| **Defendants.** | : | May 21, 2004 |

**DESIGNATION OF EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Defendants, UST, Inc. (UST") and Mark Uliasz respectfully designate the Exhibits to their Memorandum of Law in Support of the Motion for Summary Judgment as follows:

    **EXHIBIT A**:    Excerpts from Deposition of Lynn Kanios

    **EXHIBIT B**:    Excerpts from Deposition of Tim Howard

    **EXHIBIT C**:    Excerpts from Deposition of Priscilla Maguire

    **EXHIBIT D**:    Excerpts from Deposition of Mark Uliasz

    **EXHIBIT E**:    Excerpts from Deposition of Robert Rentz

    **EXHIBIT F**:    Excerpts from Deposition of Nella Viesta

    **EXHIBIT G**:    Excerpts from Deposition of Karen Thorman

    **EXHIBIT H**:    Excerpts from Deposition of Richard Kohlberger

    **EXHIBIT I**:    Excerpts from Deposition of Dr. Jane Hankin

    **EXHIBIT J**:    Excerpts from Deposition of Dr. Lisa Trencher


**EXHIBIT K**:     Amended Complaint and Complaint

**EXHIBIT L**:     Signed Kanios Acknowledgement of Handbook (Ex. 6 to Kanios Dep.)

**EXHIBIT M:**    UST Handbook Excerpt regarding Harassment Policy

**EXHIBIT N:**     Compensation Employee Status Profile, Pages D0419, D0409 (Ex. I to Viesta Dep.)

**EXHIBIT O:**    Maguire Affidavit to CHRO  (Ex. 12 to Kanios Dep.)

**EXHIBIT P:**    Viesta Notes

**EXHIBIT Q:**    Termination letter  (Ex. Z to Viesta Dep.)

**EXHIBIT R:**    CHRO Charge  (Ex. 14 to Kanios Dep.)

**EXHIBIT S:**    Packet of communications reflecting Kanios performance problems (Ex.Y to Viesta Dep.)

**EXHIBIT T:**    Kanios Notes (Exs. 14 and 15 to Kanios Dep.)

**EXHIBIT U:**    Compensation Employee Status Profile. Page D0398)

**EXHIBIT V:**    2/18 Performance Review  (Ex. O to Viesta Dep.)

**EXHIBIT W:**   2/21/01 Attorney Blake Letter  (Ex. Q to Viesta Dep.)

**EXHIBIT X:**    Memo – D0677 (Ex. 13 to Kanios Dep.)

**EXHIBIT Y:**    Health Care Provider Form (Ex. V to Viesta Dep.)

**EXHIBIT Z:**    FMLA Forms sent on 3/22 by UST to Kanios  (Ex. W to Viesta Dep.)

**EXHIBIT AA:**  UST FMLA Policy – "Time Away From Work"  (Ex. 25 to Kanios Dep.)

**EXHIBIT BB:**  Attorney Employee Handbook Excerpt regarding FMLA  (Ex. 23 to Kanios Dep.)

**EXHIBIT CC:**  UST Form Reflecting Leave Taken by Kanios in 2000

**EXHIBIT DD:**  3/21 Attorney Blake Letter  (Ex. S to Viesta Dep.)

**EXHIBIT EE:**   Howard Handwritten Notes

                          **EPSTEIN BECKER & GREEN, P.C.**
                          Attorneys for Defendants


By:_____
    Mary A. Gambardella, Esq.
    Federal Bar No. ct05386
    One Landmark Square, Suite 1800
    Stamford, CT  06901-2681
    (203) 348-3737

                - and –

Steven J. Younes, Esq.
Federal Bar No. ct12408
One Landmark Square, Suite 1800
Stamford, CT  06901-2681
(203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Designation of Exhibits To Memorandum of Law in Support of Defendants' Motion for Summary Judgment* was served, regular mail, postage prepaid, this 21st day of May 2004 to:

> Scott Lucas, Esq.
> Martin, Lucas & Chioffi, LLP
> 177 Broad Street
> Stamford, CT  06901

_____
Mary A. Gambardella