IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | Civil Action No. 303CV369 (DJS) |
| | : | |
| **Plaintiff,** | : | |
| | : | Judge Dominic Squatrito |
| v. | : | |
| | : | |
| UST INC. and MARK ULIASZ, | : | |
| | : | |
| **Defendants.** | : | May 21, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, UST, Inc. and Mark Uliasz, have manually filed the following documents:

**EXHIBIT A**: Excerpts from Deposition of Lynn Kanios

**EXHIBIT B**: Excerpts from Deposition of Tim Howard

**EXHIBIT C**: Excerpts from Deposition of Priscilla Maguire

**EXHIBIT D**: Excerpts from Deposition of Mark Uliasz

**EXHIBIT E**: Excerpts from Deposition of Robert Rentz

**EXHIBIT F**: Excerpts from Deposition of Nella Viesta

**EXHIBIT G**: Excerpts from Deposition of Karen Thorman

**EXHIBIT H**: Excerpts from Deposition of Richard Kohlberger

**EXHIBIT I**: Excerpts from Deposition of Dr. Jane Hankin

**EXHIBIT J**: Excerpts from Deposition of Dr. Lisa Trencher

**EXHIBIT K**: Amended Complaint and Complaint

ST:28793v1

| | |
|---|---|
| **EXHIBIT L**: | Signed Kanios Acknowledgement of Handbook  (Ex. 6 to Kanios Dep.) |
| **EXHIBIT M:** | UST Handbook Excerpt regarding Harassment Policy |
| **EXHIBIT N:** | Compensation Employee Status Profile, Pages D0419, D0409 (Ex. I to Viesta Dep.) |
| **EXHIBIT O:** | Maguire Affidavit to CHRO (Ex. 12 to Kanios Dep.) |
| **EXHIBIT P:** | Viesta Notes (Ex. P to Viesta Dep.) |
| **EXHIBIT Q:** | Termination letter (Ex. Z to Viesta Dep.) |
| **EXHIBIT R:** | CHRO Charge (Ex. 14 to Kanios Dep.) |
| **EXHIBIT S:** | Packet of communications reflecting Kanios performance problems (Ex.Y to Viesta Dep.) |
| **EXHIBIT T:** | Kanios Notes (Exs. 14 and 15 to Kanios Dep.) |
| **EXHIBIT U:** | Compensation Employee Status Profile, Page D0398 |
| **EXHIBIT V:** | 2/18 Performance Review (Ex. O to Viesta Dep.) |
| **EXHIBIT W:** | 2/21/01 Attorney Blake Letter (Ex. Q to Viesta Dep.) |
| **EXHIBIT X:** | Memo – D0677 (Ex. 13 to Kanios Dep.) |
| **EXHIBIT Y:** | Health Care Provider Form (Ex. V to Viesta Dep.) |
| **EXHIBIT Z:** | FMLA Forms sent on 3/22 by UST to Kanios (Ex. W to Viesta Dep.) |
| **EXHIBIT AA:** | UST FMLA Policy – "Time Away From Work" (Ex. 25 to Kanios Dep.) |
| **EXHIBIT BB:** | Attorney Employee Handbook Excerpt regarding FMLA (Ex. 23 to Kanios Dep.) |

ST:28793v1

**EXHIBIT CC:**  UST Form Reflecting Leave Taken by Kanios in 2000

**EXHIBIT DD:**  3/21 Attorney Blake Letter – (Ex. S to Viesta Dep.)

**EXHIBIT EE:**  Howard Handwritten Notes

**CASES ATTACHED TO MEMORANDUM OF LAW**

These documents have not been filed electronically because

[ ]  the document or thing cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

Respectfully submitted,

_____
Mary A. Gambardella
Fed. Bar #ct05386
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
(203) 348-3737
Fax: 203-324-9291
E-mail MGambard@ebglaw.com

ST:28793v1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Notice of Manual Filing was mailed via regular mail, postage prepaid, to all counsel of record on the 21st day of May, 2004 as follows.

_____
Mary A. Gambardella

ST:28793v1