**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LYNN B. KANIOS** | : | |
| | : | **CIVIL ACTION NO.:** |
| **Plaintiff,** | : | **303 CV 369 (DJS)** |
| | : | |
| **V.** | : | |
| | : | |
| **UST, INC. and MARK ULIASZ** | : | |
| | : | **JUNE 4, 2004** |
| **Defendants.** | : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Lynn B. Kanios hereby moves for an extension of 30 days, from June 11, 2004 to July 12, 2004, in which to file her responsive brief to defendants' Motion for Summary Judgment filed in this action. In support of this Motion, plaintiff submits the following:

1.     On or about April 28, 2004, defendants moved for an extension of time to and including May 19, 2004 in which to file their motion for summary judgment, which motion was granted.

2.     On or about May 18, 2004, defendants moved for an additional extension of time to and including May 24, 2004 in which to file their motion for summary judgment, which motion was granted.

3.     Under the current schedule, plaintiff's responsive brief to the motion for summary judgment is due June 11, 2004.

4.     Due to the travel plans of plaintiff's counsel, this additional time is needed to draw together the necessary information in which to adequately prepare plaintiff's response. This is the first request for an extension by plaintiff as to this particular limitation.

5.     Defendants' counsel has no objection to the granting of this Motion.

**WHEREFORE**, plaintiff respectfully request that this Motion to Extend be granted.


By    _____
           Scott R. Lucas (CT00517)
           Michel Bayonne (CT24628)
           *Attorneys for Lynn B. Kanios*
           Martin Lucas & Chioffi, LLP
           177 Broad Street
           Stamford, CT 06901
           Phone: (203) 973-5200
           Fax: (203) 973-5250
           slucas@mlc-law.com
           mbayonne@mlc-law.com

### ***CERTIFICATE OF SERVICE***

This is to certify that on this 2nd day of June 2004, the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737

_____

Scott R. Lucas