## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LYNN B. KANIOS**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv369(DJS) |
| **UST INC., ET AL**<br>    **Defendants** | : |

### ORDER

Plaintiff's Unopposed Motion for Extension of Time (Doc. #42) to respond to Motion for Summary Judgment is hereby **GRANTED to and including July 12, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th   day of June, 2004.

                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge