UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LYNN B. KANIOS** | : | |
| | : | **CIVIL ACTION NO.:** |
| **Plaintiff,** | : | **303 CV 369 (DJS)** |
| | : | |
| V. | : | |
| | : | |
| **UST, INC. and MARK ULIASZ** | : | |
| | : | **JUNE 23, 2004** |
| **Defendants.** | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw her appearance as counsel for plaintiff in this matter. Plaintiff will continue to be represented by Scott R. Lucas and Michel Bayonne of this firm.

                                                       By_____/S/_____
                                                       Mary Alice S. Canaday (ct17608)
                                                       *Attorney for Plaintiff*
                                                       Martin Lucas & Chioffi, LLP
                                                       177 Broad Street
                                                       Stamford, CT 06901
                                                       Phone: (203) 973-5200
                                                       Fax: (203) 973-5250
                                                       mcanaday@mlc-law.com

## *CERTIFICATE OF SERVICE*

      This is to certify that on this 23rd day of June 2004, the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737

_____/S/_____
Mary Alice S. Canaday