## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LYNN B. KANIOS**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv369(DJS) |
| **UST INC., ET AL**<br>    Defendants | : |

### ORDER

The Motion to Withdraw Appearance (Doc. #44) of Mary Alice S. Canaday is hereby **GRANTED.**

   **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of June, 2004.


                                       /s/DJS
                                       Dominic J. Squatrito
                                       United States District Judge