**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LYNN B. KANIOS,** | : | |
| | : | **CIVIL ACTION NO.:** |
| Plaintiff, | : | **303 CV 369 (DJS)** |
| | : | |
| **V.** | : | |
| | : | |
| **UST, INC. and MARK ULIASZ,** | : | |
| | : | **JULY 12, 2004** |
| Defendants. | : | |

**PLAINTIFF'S APPENDIX OF EXHIBITS TO HER**
**OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| *EXHIBIT* | *DESCRIPTION* |
|---|---|
| 1 | Deposition of Lynn B. Kanios taken August 28, 2003 (Manually filed – Exceeds 1.5 mb) |
| 2 | Compensation Employee Status Profile (Depo. Ex. I) *(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)* |
| 3 | Performance Review dated September 17, 1997 (Depo. Ex. J) |
| 4 | Deposition of Nella Viesta taken January 7, 2004 |
| 5 | Deposition of Mark A. Uliasz taken March 15, 2004 |
| 6 | Deposition of Robert G. Rentz taken December 18, 2003 |
| 7 | UST Code of Corporate Responsibility (Depo. Ex. C) |
| 8 | Deposition of Richard Kohlberger taken March 24, 2004 |
| 9 | Affidavit of Nella Vista dated October 18, 2001 (Depo. Ex. N) |
| 10 | Deposition of Timothy G. Howard taken March 29, 2004 |
| 11 | UST notes (Depo. Ex. WW) *(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)* |

| | |
|---|---|
| 12 | Deposition of Karen Thorman taken March 29, 2004 |
| 13 | Deposition of Lisa J. Trencher taken March 22, 2004 ***(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)*** |
| 14 | Deposition of Jane Hankin taken March 30, 2004 ***(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)*** |
| 15 | Memo from Fran Marascia dated 3/9/01 re: "Leave of Absence – Greenwich – Lynn Kanios (Depo. Ex. T) |
| 16 | Letter from Fran Marascia dated April 6, 2001 to Lynn Kanios (Depo. Ex. W) |
| 17 | Louis Mauro documents (Depo. Exs. II, JJ and KK) ***(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)*** |
| 18 | Lisa Winjum document (Depo. Ex. CC) ***(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)*** |
| 19 | Burford v. McDonald's Corporation, 2004 WL 1392426 (D.Conn. 2004) |
| 20 | Cady v. Cortland, 2000 WL 1456285 (N.D.N.Y. 2000) |
| 21 | UST notes (Depo. Ex. E) |
| 22 | Wasik v. Stevens Lincoln-Mercury, Inc., 2000 WL 306048 (D.Conn. 2000) |
| 23 | Murphy v. Burgess & Norwalk Economic Opportunity Now, Inc., 1997 WL 529610 (D.Conn 1997) |
| 24 | Cullen v. Putnam Savings Bank, Inc., 1997 WL 280502 (D.Conn. 1997) |
| 25 | Kuselias v. Southern New England Telephone Co., 1996 WL 646759 (Conn.Super. 1996) |
| 26 | Hankin Notes ***(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED 7/17/03)*** |
| 27 | Lisa Trencher fax dated April 10, 2001 (Depo. Ex. X) |
| 28 | Fry v. First Fidelity Bancorporation, 1996 WL 36910 (E.D.Pa. 1996) |

29                          <u>Kruse v. LaGuardia Hospital</u>, 1996 WL 1057147 (E.D.N.Y. 1996)

30                          <u>Donnellan v. New York City Transit Authority</u>, 1999 WL
                            527901 (S.D.N.Y. 1999)

31                          <u>Kamtaprassad v. The Chase Manhattan Corp.</u>, 2001 WL
                            1662071 (S.D.N.Y. 2001)

32                          Deposition of Priscilla Maguire


                                    By_____
                                        Scott R. Lucas (ct00517)
                                        Michel Bayonne (ct24628)
                                        *Attorneys for Plaintiff*
                                        MARTIN, LUCAS & CHIOFFI, LLP
                                        177 Broad Street
                                        Stamford, CT 06901
                                        Phone: (203) 973-5200
                                        Fax: (203) 973-5250
                                        slucas@mlc-law.com
                                        mbayonne@mlc-law.com

### _CERTIFICATE OF SERVICE_

This is to certify that on this 12th day of July, 2004, a copy of the foregoing was mailed, first

class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square Suite 1800
Stamford, CT 06901-2681
Phone: (203) 348-3737
Fax: (203) 324-9291

_____

Scott R. Lucas