UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS, | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 303 CV 369 (DJS) |
| | : | |
| V. | : | |
| | : | |
| UST, INC. and MARK ULIASZ, | : | |
| | : | JULY 12, 2004 |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

Please take notice that plaintiff has manually filed Exhibit 1 to her Appendix of Exhibits to Her Opposition to Defendants' Motion for Summary Judgment, as the electronic file size of the document exceeds 1.5 megabytes. Additionally, plaintiff has manually filed Exhibits 2, 11, 13, 14, 17, 18 and 26, under seal pursuant to the protective order entered in this action on July 17, 2003.

The documents have been manually served on all parties.

By_____
Scott R. Lucas (ct00517)
Michel Bayonne (ct24628)
*Attorneys for Plaintiff*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mbayonne@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 12th day of July, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square Suite 1800
Stamford, CT 06901-2681
Phone: (203) 348-3737
Fax: (203) 324-9291

_____
Scott R. Lucas