IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | Civil Action No.  303CV369 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| UST INC. and MARK ULIASZ, | : | |
| | : | |
| Defendants. | : | July 23, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rules of Civil Procedure 9(b)3, the Defendants in the above-captioned matter hereby respectfully move for a three (3) week extension of time or until August 19, 2004, to file a reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.  In support of good cause for the granting of this motion, counsel submits the following:

1.      Defendants filed their Motion for Summary Judgment on May 21, 2004.

2.      On or about July 12, 2004, Plaintiff filed her Opposition to Defendants' Motion for Summary Judgment.  Thus, Defendants' reply to Plaintiff's Opposition is currently due July 29, 2004.

3.      Defendant respectfully requests a three (3) week extension of time to file said reply.  The additional time is necessary in light of various unrelated client commitments and scheduling conflicts.  The additional time is also necessary to ensure in-house counsel for UST is provided with sufficient time to review said reply.

4.      No prior request for extending the time to file a reply to Plaintiff's Opposition has been made.

ST:29265v1

5.   Scott Lucas, Esq., counsel for Plaintiff, has no objection to the Court's granting of this request.

**WHEREFORE**, the Defendants respectfully request that this motion be granted, extending the deadline to file a reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment by three (3) weeks, or until August 19, 2004.

                                                **THE DEFENDANTS,**

                                                **By:** _____
                                                        **Steven J. Younes**
                                                        **Federal Bar No. ct12408**
                                                        **Epstein Becker & Green, P.C.**
                                                        **One Landmark Square, Suite 1800**
                                                        **Stamford, CT  06901**
                                                        **Counsel for Defendant**

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Motion to Extend Time* was sent via first class mail, postage prepaid, this 23rd day of July, 2004 to counsel of record for the plaintiff as follows:

>Scott R. Lucas, Esq.
>Martin, Lucas & Chioffi, LLP
>177 Broad Street
>Stamford, Connecticut  06901


_____
Steven J. Younes