IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | Civil Action No. 303CV369 (DJS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| UST INC. and MARK ULIASZ, | : | |
| | : | |
| Defendants. | : | August 17, 2004 |

**<u>DEFENDANTS' REQUEST FOR EXTENSION OF PAGE LIMITS</u>**

Pursuant to Local Rule 9(b), Defendants, UST Inc. and Mark Uliasz, hereby respectfully request that the page limitation on their Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment be extended from 10 pages, exclusive of the signature page, to 12 pages.

In the Amended Complaint dated January 14, 2004 (the operative Complaint and hereinafter the "Complaint"), Kanios alleges: (1) in the First Count against UST, discrimination based on gender in violation of Title VII of the Civil Rights Act of 1964, as amended, 29 U.S.C. § 2000, *et seq*. ("Title VII"); (2) in the Second Count against UST, discrimination based on gender in violation of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60(a)(1), *et seq*. ("CFEPA"); (3) in the Third Count against UST, retaliation in violation of Title VII; (4) in the Fourth Count against UST, retaliation in violation of the CFEPA; (5) in the Fifth Count against Defendant Uliasz, aiding and abetting in violation of the CFEPA; (6) in the Sixth Count against both Defendants, negligent infliction of emotional distress; (7) in the Seventh Count against UST, negligent misrepresentation; and (8) in the Eighth Count against UST, violation of the federal Family and Medical Leave Act, 29 U.S.C. § 2615(a)(1), *et seq*. ("FMLA").

ST:29467v1

The Defendants respectfully request that they be permitted to submit two additional pages as the added length is necessary to adequately address the eight counts of the Complaint and the arguments made by Plaintiff with respect to each. Moreover, the additional pages are required in order to (1) adequately address the mischaracterization of the record and judicial precedent set forth in Plaintiff's Opposition Brief; and (2) to address recent Second Circuit decisions including that rendered in Walsh v. Walgreen Eastern Co., Inc., 2004 WL 722226 (D. Conn. Mar. 25, 2004), which are dispositive of Plaintiff's claims.

No other request of this type has been made in this action.

**WHEREFORE**, Defendants respectfully request that this Motion be granted.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants

By:_____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
One Landmark Square, Suite 1800
Stamford, CT  06901-2681
(203) 348-3737

and

Steven J. Younes
Federal Bar No. ct12408
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
(203) 348-3737

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *of Defendants' Request for Extension on Page Limits* was served, regular mail, postage prepaid, this 17th day of August 2004 to:

> Scott Lucas, Esq.
> Martin, Lucas & Chioffi, LLP
> 177 Broad Street
> Stamford, CT  06901

_____
            Mary A. Gambardella