Page 112

```
1      A     No, not that I recall, no.
2      Q     Did you apply for any jobs out of UST?
3      A     No.
4      Q     By the way, did you -- what was the salary
5   you started at when you started your promotion?
6      A     I don't remember the exact number.  When I
7   started at UST I think it was -- when they first hired me
8   I think it was 29 or close to 30.  I don't remember the
9   exact number after my promotion.  I don't --
10     Q     Did you get raises every year?
11     A     Yes.
12     Q     Who gave you those raises?
13     A     Well Tim is the manager, so he oversaw
14  everything.  Or the director, I'm sorry.
15     Q     Mark gave you those raises, didn't he,
16  Mrs. Kanios?
17     A     He would have a hand in it.
18     Q     Right, because he reviewed your performance?
19     A     Yes.
20     Q     And if he gave you a bad review, you might
21  not get a raise, right?
22     A     Correct.
23     Q     What percentage raises did you get under
24  Mr. Uliasz?
25     A     Probably two and a half to four and a half
```

Page 123

1  told her I wanted to get out of that department and see
2  about another department to go into.
3       Q      What else?
4       A      I don't remember if it was that day or on
5  another meeting with her that she told me at some point I
6  would have to talk to Mark about his behavior and
7  confront him on it. And I told her I could not do it by
8  myself. And I believe that's when she told me that they
9  wanted me to go to EAP and I could either have EAP there
10 or she would be there. I wouldn't have to confront him
11 by myself.
12      Q      Okay. And then what did you say? Did you
13 agree to do that?
14      A      She told me that was human resource's
15 policy. I had to confront him at some point -- I would
16 have to confront him. And I said okay.
17      Q      She told you it was human resource policy to
18 confront him?
19      A      At some point I would have to confront him.
20      Q      Did she say it was human resource policy
21 that you had to confront the person you were accusing of
22 harassment?
23      A      That -- that's how I remember it, yes.
24      Q      And she offered -- When you said you
25 couldn't do it alone, she said she could do it with you

```
 1    handbook, the second five are from the code of
 2    responsibility?
 3         A    Yes.
 4         Q    Okay.  Looking at the first five pages, the
 5    part that comes out of the handbook --
 6         A    Um-hum.
 7         Q    First of all, is a handbook distributed to all
 8    employees of UST?
 9         A    Yes, it is.
10         Q    For what purposes is it distributed?
11         A    To share information about the company's
12    policies, programs.  To be a resource for them.
13         Q    Based on these first five pages of Exhibit D,
14    there's also a section that refers to -- at least of the
15    first three pages -- that refers to the employee code of
16    conduct, correct?
17         A    Yes, it is.
18         Q    You said before that employees are expected to
19    follow the code of conduct, correct?
20         A    Correct.
21         Q    And the section here on the employee code of
22    conduct outlines, does it not, some of the prohibited
23    behavior at UST, correct?
24         A    It does.
25         Q    And defines it in the first three pages as
```

```
 1     harassment in the workplace.  Do you see that?
 2        A    I do.
 3        Q    At the bottom of the first page it says
 4     "Unlawful harassment is a serious act of misconduct, may
 5     subject an employee to disciplinary action, including
 6     termination."
 7             Do you agree with that statement?
 8                  MS. GAMBARDELLA:  Objection to form.
 9        A    That's what it says.
10        Q    But do you agree with that in your capacity as
11     director of employee relations?
12        A    Yes, I do.
13        Q    The next page, it says "Sexual harassment
14     refers to behavior that is unwelcome and offensive."
15             Do you agree with that statement in your
16     capacity as director of employee relations?
17        A    Yes, I do.
18        Q    Then some examples of harassment are given.
19     Do you see that?
20        A    Where?
21        Q    The fourth bullet point down on the second
22     page.  "Some examples of harassment include," colon.
23        A    Um-hum.
24        Q    Then it says "Derogatory or vulgar comments
25     regarding a person's race, sex, religion, ethnic,
```