UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN B. KANIOS | : |
|     Plaintiff, | :   CIVIL ACTION NO.: |
| | :   303 CV 369 (DJS) |
| V. | : |
| UST, INC. and MARK ULIASZ | : |
| | :   APRIL 11, 2005 |
|     Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw his appearance as counsel for plaintiff in this matter. Plaintiff will continue to be represented by Scott R. Lucas of this firm.

By _____
Michel Bayonne (ct24628)
*Attorney for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of April 2005, the foregoing was mailed, first class, postage prepaid, to:

Steven J. Younes, Esq.
Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737

Michel Bayonne