UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN B. KANIOS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:03CV369 (DJS) |
| | : |
| UST, INC. and MARK ULIASZ, | : |
| | : |
| Defendants. | : |

PARTIAL JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment (dkt.#41) before the Honorable Dominic J. Squatrito, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting in part and denying in part the defendants' motion for summary judgment. The defendants' motion for summary judgment with respect to the claim for negligent infliction of emotional distress is **granted** and the defendants' motion for summary judgment with respect to the sex discrimination claim is **denied,** therefore it is

ORDERED, ADJUDGED and DECREED that UST's motion for summary judgment is DENIED in part and GRANTED in part. UST is entitled to judgment in its favor on the sixth count.

Dated at Hartford, Connecticut, this 13th day of January 2006.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk