UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 303 CV 369 (DJS) |
| | : | |
| V. | : | |
| | : | |
| UST, INC. and MARK ULIASZ | : | |
| | : | FEBRUARY 15, 2006 |
| Defendants. | : | |

## JOINT MOTION TO EXTEND
## TIME IN WHICH TO FILE JOINT TRIAL MEMO

The undersigned hereby moves for an extension of time, from March 24, 2006 until thirty (30) days after the settlement conference, now scheduled for April 21, 2006, is held in this matter, in which the parties must file their Joint Trial Memorandum. The reasons for the requested Motion are as follows:

1. The Complaint in this action was filed on or about March 3, 2003.

2. Discovery closed on or about April 15, 2004.

3. A Motion for Summary Judgment was filed by defendants and fully briefed as of August 19, 2004.

4. On December 30, 2005, this Court issued its Memorandum of Decision granting in part and denying in part defendants' Motion for Summary Judgment.

5. A settlement conference is scheduled in this matter for April 21, 2006 before Judge Thomas P. Smith.

6. If the settlement conference is successful, it will be unnecessary for the parties to incur the significant time and expense involved in preparing a joint trial memorandum. Moreover, saving the cost and time associated with the preparation of the joint trial memorandum may help facilitate settlement.

7. Counsel for defendants consents to, and joins in, this request for an extension of time.

8. This is the first request directed specifically to this deadline, and the third request by any party in this action to extend this deadline as part of a global modification of the Scheduling Order.

**WHEREFORE**, the parties respectfully request that the Court extend the deadline by which the parties must file their Joint Trial Memorandum, from March 24, 2006 to thirty (30) days after the settlement conference is held in this matter.

By_____
Scott R. Lucas (ct00517)
Attorney for Plaintiff
Lynn B. Kanios
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of February, 2006, a copy of the foregoing was mailed, first class, postage prepaid, to:

Mary A. Gambardella, Esq.
Steven J. Younes, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square
Stamford, Connecticut 06901-2681
Phone: (203) 348-3737
Fax: (203) 324-9291
mgambard@ebglaw.com

Scott R. Lucas