IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS, | ) | Civil No.: 3:03 CV 369 (DJS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UST, INC. AND MARK ULIASZ | ) | |
| | ) | APRIL 6, 2006 |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan M. Plissner, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for Defendants, UST Inc. and Mark Uliasz, in lieu of Steven J. Younes, and in addition to the other appearances for Defendants already on file herein. Copies of all papers and communications in this matter should continue to be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

                                           EPSTEIN BECKER & GREEN, P.C.
                                           Attorneys for Defendants,

                                           By: _____
                                           Jonathan M. Plissner, Esq.
                                           Federal Bar No. ct23773
                                           One Landmark Square, Suite 1800
                                           Stamford, CT  06901-2601
                                           (203) 348-3737
                                           Fax (203) 324-9291
                                           jplissner@ebglaw.com

ST:42969v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance* was sent via first class mail, postage prepaid, this 6th day of April, 2006 to counsel of record for the plaintiff as follows:

>Scott Lucas, Esq.
>Martin Lucas & Chioff; LLP
>177 Broad Street
>Stamford, CT 06901

_____
Jonathan M. Plissner