# NOTICE OF MANUAL FILING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN B. KANIOS, | ) | Civil No.:  3:03 CV 369 (DJS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UST, INC. AND MARK ULIASZ | ) | |
| | ) | APRIL 6, 2006 |
| | ) | |
| Defendants. | ) | |

Please take notice that **Jonathan M. Plissner, Esq.,** has manually filed the **Notice of Appearance**.

This Notice of Appearance **has not** been filed electronically because:

[ **X** ]  CM/ECF Attorney Registration Form / Password is pending

The Notice of Appearance has been manually served on all parties.

Respectfully submitted,

Jonathan M. Plissner Esq.
Federal Bar No. ct23773
EPSTEIN BECKER & GREEN, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut  06901
(203) 348-3737
(203) 324-9291(fax)
jplissner@ebglaw.com
Its Attorneys

ST:42995v1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing *Notice of Manual Filing* was sent via first class mail, postage prepaid, this 6th day of April, 2006 to counsel of record for the plaintiff as follows:

Scott Lucas, Esq.
Martin Lucas & Chioff; LLP
177 Broad Street
Stamford, CT 06901

Jonathan M. Plissner

ST:42995v1