UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN B. KANIOS | : |
| Plaintiff, | : CIVIL ACTION NO.: |
| | : 303 CV 369 (DJS) |
| V. | : |
| UST, INC. and MARK ULIASZ | : |
| | : MAY 31, 2006 |
| Defendants. | : |

### STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side by the Court.

Dated: May 31, 2006

By _____
Scott R. Lucas (CT00517)
*Attorney for Lynn B. Kanios*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

By _____
Mary A. Gambardella (ct05386)
*Attorney for UST, Inc.
and Mark Uliasz*
Epstein Becker & Green, P.C.
One Landmark Sq., Suite 1800
Stamford, CT 06901-2601
Phone: (203) 348-3737
Fax: (203) 324-9291
mgambard@ebglaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of May, 2003, the foregoing was mailed, first class, postage prepaid, to:

Scott R. Lucas, Esq.
Martin Lucas & Chioffi, LLP
177 Broad Summer Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

_____
Mary A. Gambardella